## 52606. MADSEN v. MEMORIAL SALES OF GEORGIA, INC. et al.

BELL, Chief Judge.

This is a post-judgment garnishment proceeding which was instituted prior to July 1, 1975. The Supreme Court in *Coursin v. Harper,* 236 Ga. 729 (225 SE2d 428) held that Georgia's garnishment statutes in existence prior to July 1, 1975 were unconstitutional in pre as well as post-judgment garnishment cases. We must therefore hold the instant garnishment proceeding void and of no effect. *Rose, Silverman & Hunt v. Ben O'Callaghan Co.,* 134 Ga. App. 648 (215 SE2d 515). The judgment for the garnishee is affirmed.

*Judgment affirmed. Clark and Stolz, JJ., concur.*

ARGUED SEPTEMBER 21, 1976 — DECIDED OCTOBER 25, 1976.

*Daniel C. B. Levy,* for appellant.

*Smith, Cohen, Ringel, Kohler & Martin, David K. Whatley,* for appellees.